```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

| | |
|---|---|
| **FULTZ** | **CIVIL ACTION** |
| **VERSUS** | **NO: 16-3579** |
| **METAIRIE PROPERTIES, LLC** | **SECTION: "S" (2)** |

### ORDER OF DISMISSAL

The court having been advised by counsel for I'm Sailing Three, L.L.C that I'm Sailing Three, L.L.C. and Metairie Properties have firmly agreed upon a compromise, IT IS ORDERED that the action be and it is hereby dismissed without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time.  Each party will bear its own costs.  The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

If witnesses have been subpoenaed, <u>EVERY WITNESS</u> MUST be notified by counsel not to appear.

New Orleans, Louisiana, this 7th day of June, 2017.

```
                    _____
                          MARY ANN VIAL LEMMON
                       UNITED STATES DISTRICT JUDGE
```